**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

UNITED STATES OF AMERICA                                                    RESPONDENT


v.                                          No. 1:11-cr-10029


EDWIN D. ROSS                                                               MOVANT


## ORDER

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF Nos. 45. The Court has reviewed the Motion and finds counsel should be appointed for the Movant and the Government should respond to this Motion.

**IT IS HEREBY ORDERED** the Federal Public Defender, Bruce D. Eddy, is hereby appointed to represent Movant with respect to any claim in the pending Motion to Vacate under 28 U.S.C. § 2255 based upon *Johnson vs. United States of America*. The appointment is limited to *Johnson* claims.   Mr. Eddy is directed to supplement Movant's Motion to Vacate, if necessary, within thirty (30) days of the date of this order.

**FURTHER, IT IS ORDERED** the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion and any Supplement within sixty (60) days of the date of this Order.

**ENTERED** this **24th day of June 2016.**


_____/s/ Barry A. Bryant_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE